IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00440-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HUMBERTO FLORES,

    Defendant.

---

**ORDER TRANSFERRING CASE**

---

    It is ORDERED that, pursuant to D.C.COLO.LCrR 50.1A and with the approval of Chief Judge Marcia S. Krieger, this case is transferred to Chief Judge Marcia S. Krieger.

    DATED April 18, 2013.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge